UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>   Plaintiff,<br><br> v.<br><br>J. STEWART, et al.,<br><br>   Defendants. | No. 2:17-cv-2436 TLN CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a California prisoner proceeding pro se. The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court screened plaintiff's original complaint on March 9, 2018. The court found that plaintiff may proceed on the following claims:

 1) Claims against defendant Lebeck for excessive force and denial of medical care arising under the Eighth Amendment and a claim arising under the First Amendment for retaliating against plaintiff for utilization of an inmate grievance procedure; and

 2) Claim against defendant Huynh for denial of medical care arising under the Eighth Amendment.

With respect to defendant Reams, Hobart and Stewart, the court found that plaintiff's complaint does not state a claim upon which relief can be granted.

1

1    The court gave plaintiff two options: 1) either proceed only on the claims identified
2    above; or 2) attempt to cure the deficiencies with respect to other claims in an amended
3    complaint. The time allotted to plaintiff for the filing of an amended complaint has expired.
4       Accordingly, IT IS HEREBY ORDERED that:
5       1. Service is appropriate for defendants Lebeck and Huynh.
6       2. The Clerk of the Court shall send plaintiff two USM-285 forms, a summons, an
7    instruction sheet and a copy of the complaint.
8       3. Within thirty days from the date of this order, plaintiff shall complete the attached
9    Notice of Submission of Documents and submit the following documents to the court:
10          a. The completed Notice of Submission of Documents;
11          b. One completed summons;
12          c. Two completed USM-285 form; and
13          d. Three copies of the complaint.
14      4. Plaintiff need not attempt service on defendants Lebeck and Huynh and need not
15   request waiver of service. Upon receipt of the above-described documents, the court will direct
16   the United States Marshal to serve defendants Lebeck and Huynh pursuant to Federal Rule of
17   Civil Procedure 4 without payment of costs.
18      IT IS HEREBY RECOMMENDED that all defendants and claims other than those
19   described above be dismissed.
20      These findings and recommendations are submitted to the United States District Judge
21   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after
22   being served with these findings and recommendations, plaintiff may file written objections with
23   the court. The document should be captioned "Objections to Magistrate Judge's Findings and
24   Recommendations." Plaintiff is advised that failure to file objections within the specified time
25   /////
26   /////
27   /////
28   /////

waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 25, 2018

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

1
cand2436.1

3

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KEITH CANDLER, | No. 2:17-cv-2436 TLN CKD P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION |
| J. STEWART, et al., | OF DOCUMENTS |
| Defendants. | |

Plaintiff submits the following documents in compliance with the court's order filed _____:

\_\_\_\_ completed summons form

\_\_\_\_ completed USM-285 forms

\_\_\_\_ copies of the _____
                                Complaint

DATED:

_____
Plaintiff

_____