IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH CANDLER,** | Case No. 2:17-cv-02436 TLN CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **J. STEWART, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' request for an extension of time in which to file a response or cross motion to Plaintiff's motion for summary judgment is granted. Defendants are permitted up to and including December 21, 2018, in which to file a response or cross motion to Plaintiff's motion for summary judgment.

Dated: December 5, 2018

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE