# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>    Plaintiff,<br><br>  v.<br><br>J. STEWART, et al.,<br><br>    Defendants. | No.  2:17-cv-2436 TLN CKD P<br><br><br>ORDER |

Plaintiff has filed a motion asking that this matter be set for a settlement conference. Good cause appearing, IT IS HEREBY ORDERED that defendants file a response to plaintiff's motion for a settlement conference within 14 days.

Dated:  July 10, 2020

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cand2436.sc