# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

KEITH CANDLER,                                        No. 2:17-cv-2436 TLN CKD P

       Plaintiff,

    v.

J. STEWART, et al.,

       Defendants.

       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

Keith Candler, CDCR # K-25679, a necessary and material witness in a settlement conference in this case on November 5, 2020, is confined in California State Prison, Sacramento (SAC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota, by telephonic-conferencing from his place of confinement, on Thursday, November 5, 2020 at 1:00 p.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Sacramento at (916) 294-3072 or via email.

4. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Christy Pine, Courtroom Deputy, at cpine@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SAC, P.O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Cota at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

/////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  October 8, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

cand2436.841t