UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. STEWART, et al.,<br><br>    Defendants. | No.  2:17-cv-2436 TLN CKD P<br><br><br><br>ORDER |

The parties are informed that this matter has been set for trial on March 6, 2023 at 9:00 a.m. Trial is anticipated to last 3 days. Pursuant to the court's May 22, 2020 pretrial order, the parties are reminded of the following deadlines associated with trial:

   1. Trial briefs shall be filed with this court no later than fourteen days prior to the date of trial in accordance with Local Rule 285.  With their trial briefs, the parties may present any arguments or evidence as to the degree to which plaintiff should be restrained, if at all, while jurors are present.  See Claiborne v. Blauser, 934 F.3d 885 (9th Cir. 2019).

   2. The parties shall serve a copy of their exhibits upon one another no later than 60 days before trial.  The parties shall bring one original and two copies of their exhibits to court on the day of trial.  Defendants shall use letters to identity their exhibits, plaintiff shall use numbers.

/////

/////

1

3.  Any motions <u>in</u> <u>limine</u> (motions challenging admissibility of any evidence) shall be filed no later than 30 days before trial.  Oppositions to motions <u>in</u> <u>limine</u> shall be filed no later than 7 days before trial.

4.  The parties shall file proposed voir dire and proposed jury instructions, if any, not later than seven days before the date set for trial.

Dated:  January 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cand2436.td

2