UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER, | No. 2:17-cv-2436 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. STEWART, et al., | |
| Defendants. | |

On January 17, 2023, trial was rescheduled for October 23, 2023. Both parties have recently filed motions in limine. Good cause appearing, IT IS HEREBY ORDERED that both the motion in limine filed by plaintiff (ECF No. 66) and defendants (ECF No. 67) are denied without prejudice to refiling no earlier than 60 days before trial and no later than 30 days before trial.

Dated: February 6, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cand2436.mil