UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER, | No. 2:17-cv-2436 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. STEWART, et al., | |
| Defendants. | |

On January 17, 2023, trial was continued from March 6, 2023, to October 23, 2023. Counsel for defendants has filed a request for "clarification regarding the deadlines for filing trial briefs, jury instructions, and proposed voir dire." The request for clarification (ECF No. 69) is granted. Counsel is referred to the court's January 18, 2022, order in which counsel will find that the deadlines for filing trial briefs, jury instructions, motions in limine, etc, are dependent on the trial date.

Dated: February 9, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cand2436.td