UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. STEWART, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2436 DJC CKD P<br><br><br>ORDER |

Plaintiff has filed a document titled "Pretrial Statement." Plaintiff and the remaining defendants already filed pretrial statements in accordance with Local Rule 281, and the information provided therein formed the basis of this court's May 22, 2020, Pretrial Order.[1] Accordingly, IT IS HEREBY ORDERED that the "Pretrial Statement" filed by plaintiff on June 22, 2023, is stricken as redundant.

Dated: June 27, 2023

　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
cand2436.msj

---

[1] Although the case was reassigned from Chief Judge Mueller to District Judge Calabretta on May 9, 2023, the Pretrial Order remains in effect.