UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>            Plaintiff,<br><br>     v.<br><br>J. LEBECK, et al.,<br><br>            Defendants. | No. 2:17-cv-02436-DJC-CKD<br><br><br><br>ORDER |

Defendants have requested leave to file an updated pretrial statement to comply with the Court's standing orders and to correct prior inaccuracies about the discovery that was provided. (ECF No. 79.) Good cause appearing, Defendants' request for leave to file an updated pretrial statement is GRANTED. Defendants are instructed to file the proposed amended pretrial statement attached to their motion as an amended pretrial statement before August 10, 2023.

Should Plaintiff wish to amend his pretrial statement, the Court will address that matter at the final pretrial conference.

IT IS SO ORDERED.

Dated:  **August 7, 2023**

*/s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1