Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Christian M. Georgely, State Bar No. 322952
Martha Ehlenbach, State Bar No. 291582
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7314
  Fax: (916) 324-5205
  E-mail: Martha.Ehlenbach@doj.ca.gov
*Attorneys for Defendants Lebeck and Huynh*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH CANDLER,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**J. LEBECK, et al.,**<br><br>                              Defendants. | 2:17-cv-02436 DJC CKD (PC)<br><br>**STIPULATION AND ORDER REGARDING UNDISPUTED FACTS**<br><br>Courtroom:   10<br>Judge:         The Hon. Daniel J. Calabretta<br>Trial Date:   October 23, 2023<br>Action Filed: November 20, 2017 |

## INTRODUCTION

This case is set for trial on October 23, 2023, at the U.S. District Court in Sacramento. (Pretrial Order, ECF No. 95 at 1.) Having met and conferred, the parties hereby submit a proposed stipulation regarding certain facts that will be undisputed at trial.

/ / /

/ / /

/ / /

## STIPULATION

Plaintiff Candler and Defendants Lebeck and Huynh hereby agree that the following facts are undisputed for the purposes of trial:

1. Plaintiff Keith Candler is a convicted felon.
2. At all relevant times, Candler was a California state prisoner in the custody of the California Department of Corrections and Rehabilitation (CDCR).
3. At the time of the events at issue, Candler was incarcerated at California State Prison, Sacramento.
4. At the time of the events at issue, Defendant Huynh was employed as a Correctional Officer at California State Prison, Sacramento.
5. At the time of the events at issue, Defendant Lebeck was employed as a Correctional Officer at California State Prison, Sacramento.
6. On June 10, 2016, Plaintiff Candler and inmate Randall fought on the prison yard on Facility B at California State Prison, Sacramento.
7. On June 10, 2016, non-party prison staff deployed pepper spray to stop the fight between Candler and inmate Randall.
8. Officers Lebeck and Huynh did not deploy pepper spray on or towards Candler or inmate Randall on June 10, 2016.

It is so stipulated.

Dated: 10-2-2023

Keith Candler (K62979)
Plaintiff Pro Se

Dated: 10/03/2023

*/s/ Martha Ehlenbach*
Martha Ehlenbach
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendants Lebeck and Huynh*

SA2018101765 / 37484184.docx

**ORDER**

Based on the parties' stipulation and good cause appearing, the Court accepts the parties' stipulation regarding undisputed facts.

IT IS SO ORDERED.

Dated:  October 4, 2023          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE