Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Christian M. Georgely, State Bar No. 322952
Martha Ehlenbach, State Bar No. 291582
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7314
 Fax: (916) 324-5205
 E-mail: Martha.Ehlenbach@doj.ca.gov
*Attorneys for Defendants Lebeck and Huynh*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH CANDLER,**<br><br>           Plaintiff,<br><br>    v.<br><br>**J. LEBECK, et al.,**<br><br>           Defendants. | 2:17-cv-02436 DJC CKD (PC)<br><br>**STIPULATION REGARDING THE AUTHENTICITY OF PROPOSED TRIAL EXHIBITS**<br><br>Judge:        The Hon. Daniel J. Calabretta<br>Trial Date:  October 23, 2023<br>Action Filed: November 20, 2017 |

## INTRODUCTION

This case is set for trial on October 23, 2023, at the U.S. District Court in Sacramento. (Order, ECF No. 95.) Having met and conferred, the parties hereby submit a proposed stipulation regarding the authenticity of certain of their proposed trial exhibits.

/ / /

/ / /

/ / /

1

Stip. Re: Authenticity of Proposed Trial Exhibits (2:17-cv-02436 DJC CKD (PC))

**STIPULATION**

Plaintiff Candler and Defendants Lebeck and Huynh hereby stipulate to the authenticity of the following proposed trial exhibits: Joint Exhibits 1 through 12; Plaintiff's Exhibits 1 through 8, 14 through 15, and 17; and Defendants' Exhibits A through F.  The parties specifically reserve the right to object to the listed exhibits on any other ground other than authenticity.  The parties agree that by stipulating to authenticity, none of the listed exhibits are automatically admissible at trial, but are subject to any other objection that is proper under the Federal Rules of Evidence.

It is so stipulated.

Dated: 10-6-2022

Keith Candler (K-25679)
Plaintiff Pro Se

Dated: **10-10-2023**

*/s/ Martha Ehlenbach*
Martha Ehlenbach
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendants Lebeck and Huynh*

SA2018101765
37466263.docx

2

Stip. Re: Authenticity of Proposed Trial Exhibits (2:17-cv-02436 DJC CKD (PC))

**ORDER**

Based on the parties' stipulation and good cause appearing, the Court accepts the parties' stipulation regarding the authenticity of trial exhibits.

IT IS SO ORDERED.

Dated:  October 10, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3

Stip. Re: Authenticity of Proposed Trial Exhibits (2:17-cv-02436 DJC CKD (PC))